

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dorothy Jean Moreno,

Vs. No. 11-21-00280-CR

The State of Texas,

\* From the 350th District Court
   of Taylor County,
   Trial Court No. 13287-D.

\* December 21, 2023

\* Memorandum Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to show that the "Statute for [the] Offense" is "TEXAS PENAL CODE § 22.02(a)(2)," and to include an affirmative deadly weapon finding. As modified, we affirm the judgment of the trial court.